Order entered October 4 , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00963-CV

### CITY OF DALLAS, TEXAS, Appellant

### V.

### ANTHONY ARREDONDO, ET AL, Appellee

**On Appeal from the 199th District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-1743-99**

## ORDER

The Court has before it appellant's October 2, 2012 unopposed motion for second extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 1, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE